ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 08 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

ALLEN MARKAE FRAZIER

Criminal Indictment

No.   1:25CR-161

Under Seal

THE GRAND JURY CHARGES THAT:

On or about November 3, 2024, in the Northern District of Georgia, the defendant, ALLEN MARKAE FRAZIER, did knowingly and willfully falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Deputy U.S. Marshal of the U.S. Marshals Service, and in such assumed and pretended character did act as such, in that he entered Mercedes-Benz Stadium without a ticket, all in violation of Title 18, United States Code, Section 912.

A ____TRUE____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
 *Acting United States Attorney*

ERIC W. BOYLAN
 *Assistant United States Attorney*
Texas Bar No. 24105519
 600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; 404-581-6181 (fax)