U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00979)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 08 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.      UNDER SEAL
1:25CR-161

MAGISTRATE CASE NO.

X Indictment                    Information                     Magistrate's Complaint
DATE: April 8, 2025             DATE:                           DATE:

UNITED STATES OF AMERICA
vs.
ALLEN MARKAE FRAZIER

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Eric Boylan
Defense Attorney: