IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLEN MARKAE FRAZIER | Criminal Action No.<br><br>1:25-CR-161 |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, ____Atlanta Falcons Stadium Company, LLC____, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

Is the victim a corporation?

   No.

   1. List any parent corporation or state that there is no such corporation:

      N/A – there is no such corporation.

   2. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

      N/A – there is no such corporation.

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

Joe Pierce, SVP & General Counsel
_____
Printed name

_____5/27/25_____
Date

_____
Signature

Submitted by:
ERIC W. BOYLAN
  *Assistant United States Attorney*